| | | | |
|---|---|---|---|
| Com. v. Smith [42] | 03/08/2016685 EAL (2015) | Denied | Pa.Super., 131 A.3d 88 |
| Com. v. Stiefel [43] | 03/08/2016464 WAL (2015) | Denied | Pa.Super., 131 A.3d 101 |
| Com. v. Taylor | 03/16/2016778 MAL (2015) | Denied | Pa.Super., 125 A.3d 439 |
| Com. v. Thomas [44] | 03/15/2016610 EAL (2015) | Denied | Pa.Super., 134 A.3d 89 |
| Com. v. Thompson [45] | 03/08/2016592 MAL (2015) | Denied | Pa.Super., 106 A.3d 742 |
| Com. v. Trice [46] | 03/22/2016467 WAL (2015) | Denied | Pa.Super., 134 A.3d 478 |
| Com. v. Vessels [47] | 03/03/2016545 EAL (2015) | Denied | Pa.Super., 116 A.3d 679 |
| Com. v. Williams [48] | 03/08/2016582 EAL (2015) | Denied | Pa.Super., 133 A.3d 72 |
| Com. v. Wingfield [49] | 03/08/2016594 EAL (2015) | Denied | Pa.Super., 133 A.3d 79 |
| Com. v. Woody [50] | 03/03/2016389 WAL (2015) | Denied | Pa.Super., 133 A.3d 67 |

42. Justice EAKIN did not participate in the decision of this matter.

43. Justice EAKIN did not participate in the decision of this matter.

44. Justice EAKIN and WECHT did not participate in the consideration or decision of this matter.

45. Justice EAKIN and DONOHUE did not participate in the consideration or decision of this matter.

46. Justice DONOHUE and WECHT did not participate in the consideration or decision of this matter.

47. Justice EAKIN did not participate in the consideration or decision of this matter.

48. Justice EAKIN did not participate in the consideration or decision of this matter.

49. Justice EAKIN did not participate in the consideration or decision of this matter.

50. Justice EAKIN and WECHT did not participate in the consideration or decision of this matter.